RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
Nevada State Bar No. 14591
411 E. Bonneville Ave. Ste 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Adam Scott Arfin

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Citation No. 2:25-mj-00237-NJK |
| Plaintiff, | **Joint Motion to Set Trial Schedule** |
| v. | |
| Adam Scott Arfin, | |
| Defendant. | |

    Defendant Adam Scott Arfin is charged with two misdemeanors: assault and disorderly conduct. Because he is facing misdemeanors and is currently in custody, on March 27, 2025, Mr. Arfin requested expedited discovery and notified that he intended to go to trial on his first setting.

    Because Mr. Arfin intends to go to trial on the first setting, the parties jointly request this Court set the following trial schedule to eliminate confusion and promote efficiency:

**April 17, 2025:** Discovery disclosure deadline, expert disclosure deadline[1];

**April 21, 2025:** Government witness list deadline;

**April 22, 2025:** Defense witness deadline, Exhibit list deadline for both parties.

DATED: April 11, 2025.

                                        RENE L. VALLADARES
                                      Federal Public Defender

By:                              */s/Benjamin F. J. Nemec*
                                      BENJAMIN F. J. NEMEC
                                      Assistant Federal Public Defender
                                      Attorney for Adam Scott Arfin

IT IS SO ORDERED.
Dated:  April 14, 2025
.
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The parties do not foresee the need to notice experts.  This is, of course, subject to change depending on future investigation and preparation.

2